# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LEON CORDOVA,

    Petitioner,

v.                                No. 2:20-cv-00946-KWR-SCY

RICK MARTINEZ, *et al*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 7**) filed on **May 27, 2021**, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Leon Cordova's 28 U.S.C. § 2254 Habeas Corpus Petition (**Doc. 1**) is **DISMISSED WITH PREJUDICE**.

                                       _____
                                       **KEA W. RIGGS**
                                       **UNITED STATES DISTRICT JUDGE**